FILED

NVARD GRIGORYAN, PLAINTIFF IN PRO SE
4407 PROSPECT AVE APT 16
LOS ANGELES, CA 90027

2011 DEC 22 PM 1:51

NVARD46@YMAIL.COM
No phone number

RECEIVED AND RETURNED
CLERK U.S. DISTRICT COURT
NOV 29 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Plaintiff in Pro Se

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NVARD GRIGORYAN an individual,

Plaintiff,

vs.

MACY'S CORPORATE SERVICES INC.,
A California corporation

Defendant.

Case No.: CV11-09632

CV11-10436-DDP(FFMx)

COMPLAINT FOR:

1) VIOLATIONS OF THE CALIFORNIA CIVIL CODE SECTION 1798.93
2) VIOLATIONS OF THE FAIR CREDIT REPORTING ACT (FCRA);
3) VIOLATIONS OF THE CONSUMER CREDIT REPORTING AGENCIES ACT (CCRAA);
   AND
4) DECLARATORY RELIEF.

DEMAND FOR JURY TRIAL

## I. JURISDICTION AND VENUE.

Jurisdiction of this Court arises under 15 U.S.C. §1681p, California Civil Code Section 1785.33, 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Declaratory relief is available pursuant to 28 U.S.C. §2201 and 2202.

2. Venue is proper in that Plaintiff's claim arose in this District.

## II. THE PARTIES.

3. The Plaintiff NVARD GRIGORYAN ("Plaintiff") is a natural person who, at all times relevant herein, resided in

COMPLAINT FOR DAMAGES- 1

Los Angeles County, State of California.

4. Plaintiff is a consumer as that term is defined in 15 U.S.C. §1681a (c) and California Civil Code Section 1785.3(b).

5. Defendant MACYS CORPORATE SERVICES INC. ("Defendant") is and at all times relevant herein was a Delaware corporation headquartered in Cincinnati, Ohio, conducting business in the State of California.

6. Plaintiff and the Defendant, each is a person as that term is defined in 15 U.S.C. §1681a (b) and California Civil Code Section 1785.3(j).

### III. FACTUAL ALLEGATIONS.

7. In or around September 2010 Plaintiff obtained her credit file from national credit reporting agencies and discovered three Macy's credit card accounts, with account numbers 435412124...., 435412124...., and 490159723...., reported by the Defendant, which she did not recall opening.

8. In or around September 2010 and again in November 2010 Plaintiff contacted the Defendant and the credit reporting agencies, via telephone and mail correspondences, with disputes of the accounts as not belonging to her and being the result of fraud, and requested that appropriate investigation be conducted into the matter.

9. In or around November 10, 2010 Plaintiff filled out a fraud affidavit and forwarded to Defendant.

10. In or around December 30, 2010 Plaintiff contacted Defendant via telephone for updates concerning the fraudulent accounts.

11. Following Plaintiff's multiple notices and follow ups, Defendant failed to conduct proper investigation or provide an answer/update to Plaintiff regarding the fraudulent accounts.

12. Plaintiff continued to report the fraudulent accounts to the national credit reporting agencies after Plaintiff's dispute and throughout the investigation period,

without also including a statement that the accounts were in dispute.

13. Defendant continues to report the fraudulent accounts to the national credit reporting agencies after failure to take proper action upon Plaintiff's notice of fraud.

### FIRST CLAIM FOR RELIEF

**(Violations of the California Civil Code Section 1798.93)**

14. Plaintiff repeats and reincorporates by reference the paragraphs 1 through 13.

15. Defendant knowingly and willfully violated California's Civil Code Section 1798.93 (hereinafter the "California Code"). Defendant's violations include, but are not limited to, the following acts performed:
   a) Ignoring Plaintiff's notification that the debt is fraudulent, that someone other than the Plaintiff opened the account without Plaintiff's knowledge and authorization is a clear and willful violation of the California Code.

### SECOND CLAIM FOR RELIEF

**(Violations of the FCRA [15 U.S.C. §1681 et seq.])**

16. Plaintiff repeats and reincorporates by reference the paragraphs 1 through 15 above.

17. Defendant violated the FCRA. Defendant's violations include, but are not limited to, the following:

   a) Reporting collection account to Plaintiff's credit report without prior notice of negative credit reporting, as required under 15 U.S.C. § 1681s-2 (a)(7)(A).

   b) Reporting disputed information to the CRAs, without notice of dispute, during the investigation/verification period and prior to/without providing validation to the Plaintiff, as required under 15 U.S.C. §1681s-2 (a)(3).

c) Failing to conduct proper investigation of disputed information upon receipt of Plaintiff's dispute, as required under §1681s-2 (a)(8)(E).

d) Continuing to report fraudulent information to the CRAs after lack of response/verification following the 30-day investigation.

18.   As a result of the above violations of the FCRA, Defendant is liable to Plaintiff for declaratory judgment that defendants' conduct violated the FCRA, and for Plaintiff's actual damages, statutory damages, cost and attorney's fees.

### THIRD CLAIM FOR RELIEF

### (For Violations of the Consumer Credit Reporting Agencies Act)

19.   Plaintiff repeats and reincorporates by reference the paragraphs 1 through 18 above.

20.   Defendant knowingly and willfully violated California's Consumer Credit Reporting Agencies Act (hereinafter the "CCRAA"). Defendant's violations include, but are not limited to, the following acts:

a) Submitting negative credit information concerning the Plaintiff to the CRAs, without notifying the Plaintiff, as required under California Civil Code Section 1785.26(b).

b) Failing to acknowledge Plaintiff's demand for deletion of fraudulent information furnished to the CRAs following Plaintiff's dispute with the CRAs, as required under California Civil Code Section 1785.30.

### FOURTH CLAIM FOR RELIEF

### (Declaratory Relief)

21.   Plaintiff repeats and reincorporates by reference the paragraphs 1 through 20 above.

22. Plaintiff contends that the actions of the Defendant constituted willful violations of the California Civil Code Section 1798.93, Fair Credit Reporting Act and Consumer Credit Reporting Agencies Act.

23. A judicial declaration that the conduct of Defendant violated applicable statutes is not just and appropriate.

WHEREFORE, Plaintiff requests that judgment be entered in her favor against the Defendant as follows:

1. Statutory damages
2. Actual damages
3. Costs and reasonable attorney's fees
4. General damages, in an amount subject to proof at trial;
5. Declaratory relief; and
6. Such other and further relief as the Court deems just and proper.

PLEASE TAKE NOTICE that Plaintiff NVARD GRIGORYAN requests a trial by jury.

DATED: November 7, 2011

Respectfully submitted,

By: _____
NVARD GRIGORYAN, Plaintiff In Pro Se

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nvard Grigoryan, An Individual<br><br>PLAINTIFF(S)<br>v.<br>Macy's Corporate Services Inc, A California Corporation<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV11-10436-DDP(FFMx)<br><br>SUMMONS |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Nvard Grigoryan__, whose address is __4407 Prospect Ave Apt 16 Los Angeles, Ca. 90027__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 12/22/11        By: _____
                            Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)        SUMMONS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

### CV11- 10436 DDP (FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
NVARD GIRGORYAN, an individual
4407 PROSPECT AVE APT 16
LOS ANGELES, CA 90027

**DEFENDANTS**
MACYS CORPORATE SERVICES, INC

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ 15,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. Section 1681

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV11-10436-DDP (FFMx)
CV11-09632

**FOR OFFICE USE ONLY:** Case Number: _____
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)      CIVIL COVER SHEET      Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: **In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____/s/_____   Date 11/07/2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |