Julia Azrael (Bar No. 109049)
Email: jazrael@azraellaw.net
John S. Curtis (Bar No. 50350)
Email: jcurtis@azraellaw.net
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone: (818) 766-5177
Facsimile: (818) 766-5047

Attorneys for Defendant and Counter Claimant
FDS BANK

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NVARD GRIGORYAN, an individual, | CASE NO. CV11-10436 DDP (FFMx) |
| Plaintiff, | Case Assigned to the Honorable Dean D. Pregerson – Ctrm. 3 |
| vs. | |
| MACY'S CORPORATE SERVICES, INC., A California corporation | [Complaint Filed: November 29, 2011] |
| Defendant. | **COUNTER-CLAIM FOR MONEY** |
| FDS BANK, | 1. **Goods Sold and Delivered;** |
| Counter Claimant, | 2. **Account Stated; and** |
| vs. | 3. **Breach of Contract.** |
| NVARD GRIGORYAN, | |
| Counter Defendant | |

Counter Claimant FDS BANK ("Counter Claimant) complains and alleges as follows:

/ / /

/ / /

## FIRST CAUSE OF ACTION

### (Goods Sold and Delivered)

1. NVARD GRIGORYAN is an individual believed to be residing in the County of Los Angeles, State of California.

2. Counter Claimant is, and at all times herein mentioned was, a federally chartered thrift bank with headquarters in Mason, Ohio. Counter Claimant services the credit card debt of individuals including Counter Defendant who hold Macy's credit cards and make purchase on items purchased on Macy's credit accounts (and on predecessors of Macy's, including, Robinsons-May).

3. Counter Claimant alleges that at all times herein relevant Counter Defendant was a holder of two revolving credit accounts issued by Department Stores National Bank (for customers of Macy's) and which accounts are serviced for payment and collection by Counter Claimant.

4. Within four years last past, Counter Defendant has become indebted to Counter Claimant in a sum in excess of $4,944.15, for goods and merchandise sold and delivered to Counter Defendant at Macy's retail stores. Counter Defendant made purchases on two credit accounts and agreed to pay for all goods and merchandise purchased on both accounts.

5. While Counter Defendant may have made periodic payments on the account, the full amount on said account has not been paid, although demand therefor has been made, and there is now due, owing and unpaid the total sum of $4,944.15, together with interest thereon from March 31, 2009 at the rate provided by law.

## SECOND CAUSE OF ACTION

### (Open Book Account)

6 Counter Claimant incorporates herein by reference paragraphs 1, 2, 3, 4 and 5 of its First Cause of Action, and realleges same as though fully set forth herein.

7. Within four years last past, Counter Defendant became indebted to Counter Claimant on an open book account for money due in the sum of $4,944.15 for goods purchased by and delivered to Counter Defendant who agreed to the terms of payment pursuant to an application for credit accounts with Department Stores National Bank (on behalf of Macy's) and serviced by FDS BANK.

8. While Counter Defendant may have made periodic payments on the account, the full amount on said account has not been paid, although demand therefor has been made, and there is now due, owing and unpaid the total sum of $4,944.15, together with interest from March 31, 2009 thereon at the rate provided by law.

9. Pursuant to *Civil Code* section 1717.5, Counter Claimant is entitled to attorney fees for bringing action on the open book account and Counter Claimant requests its attorney fees pursuant to said *Civil Code* section 1717.5.

### THIRD CAUSE OF ACTION
### (Breach of Contract)

10. Counter Claimant incorporates herein by reference paragraphs 1, 2, 3, 4 and 5 of its First Cause of Action, and realleges same as though fully set forth herein.

11. In or about 2000 and 2001, Counter Defendant entered into a written agreement entitled "Credit Application And Agreement" whereby Macy's (and its predecessor Robinsons-May) would sell goods and merchandise to Counter Defendant and she in turn agreed to pay for same. Thereafter, in compliance with said agreements, Counter Defendant received credit cards and made charges on those cards incurring a balance due. Counter Defendant's extension of credit was for the purchase of goods and merchandise from Macy's (and its predecessor Robinsons-May); the debt, in turn is serviced by this Counter Claimant. Counter Defendant charged goods on her accounts but beginning in March, 2009 and at other times before, refused to make payment and made a wrongful claim that she did not owe monies for purchases or monies for charges according to her credit application and

agreement.

12. Counter Claimant has performed all conditions, covenants, and promises under the written agreement on its part to be performed.

13. In or about 2010, Counter Defendant breached the agreement by failing and refusing to pay the sums due to Counter Claimant and by filing a wrongful claim that the charges were fraudulent.

14. As a result of Counter Defendant's breach of contract, Counter Claimant has been damaged in the sum of $ 4,944.15 together with interest thereon from March 31, 2009 at the rate provided by law.

WHEREFORE, Counter Claimant prays judgment against Counter Defendant as follows:

A. On the First Cause of Action:
    1. For damages in the sum of $4,944.15;
    2. For interest on said sum as provided by law from March 31, 2009;
    3. For costs of suit herein; and
    4. For such other and further relief as the Court deems just and proper;

B. On the Second Cause of Action:
    1. For damages in the sum of $4,944.15;
    2. For interest on said sum as provided by law from March 31, 2009;
    3. For reasonable attorney fees pursuant to *Civil Code* section 1717.5;
    4. For costs of suit herein; and
    5. For such other and further relief as the Court deems just and proper.

C. On the Third Cause of Action:
    1. For damages in the sum of $ 4,944.15;

FDS Bank's Counter Claim for Money

2. For interest on said sum as provided by law from March 31, 2009;

4. For costs of suit herein; and

5. For such other and further relief as the Court deems just and proper.

Dated: January 31, 2012

LAW OFFICES OF JULIA AZRAEL

By: /s/ Julia Azrael
JULIA AZRAEL
Attorneys for Defendant and Counter Claimant FDS BANK

# PROOF OF SERVICE

STATE OF CALIFORNIA      ) ss.:
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 5200 Lankershim Boulevard, Suite 850, North Hollywood, California 91601.

On January 31, 2012, I served on interested parties in said action the within:

**COUNTER-CLAIM FOR MONEY**
1. **Goods Sold and Delivered;**
2. **Account Stated; and**
3. **Breach of Contract.**

__X__    **BY MAIL:** By placing true copies thereof in sealed envelope(s) addressed as stated on the attached mailing list, and placing it for collection and mailing following ordinary business practices. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

_____    **BY PDF VIA CM-ECF:** I caused the above-referenced document(s) to be sent via email in pdf format to the attached address(es).

_____    **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FedEx for delivery to the attached address(es).

_____    **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown above.

_____    **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

__X__    **[Federal]**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 31, 2012, at North Hollywood, California.

ANGEL MACDONALD
(Type or print name)                             (Signature)

*Grigoryan v. Macy's Corporate Services, Inc..*
Case No. CV11-10436 DDP (FFMx)

| | |
|---|---|
| Nvard Grigoryan<br>Counter Claimant in Pro Se<br>4407 Prospect Avenue, Apt. 16<br>Los Angeles, California 90027<br>NVARD46@YMAIL.COM – EMAIL | Counter Claimant in Pro Se |
| Mark Geers, Esq.<br>MACY'S, INC.<br>Law Department<br>611 Olive Street, Tenth Floor<br>St. Louis, Missouri 63101-1799<br>(314) 342-4331<br>(314) 342-6066 – FAX<br>mark.geers@macys.com - EMAIL | [Courtesy Copy] |